NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIAN E. MALLORY,**
*Claimant-Appellant*

v.

**ROBERT A. MCDONALD, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2015-7049

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-401, Judge William A. Moorman.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellant's unopposed motion to stay proceedings pending this court's final disposition of *McKinney v. McDonald*, 2014-7093,

IT IS ORDERED THAT:

(1) The motion is granted. The parties are directed to inform the court in this case within 14 days of the issu-

ance of mandate in 2014-7093 concerning how they believe the appeal should proceed.

(2) A copy of this order will be forwarded to the merits panel assigned to 2014-7093 to inform the panel about this related appeal.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26